AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AUG 18 2025

MITCHELL R. ELFERS
CLERK OF COURT

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
3111, 1505 La Fonda Dr.
Las Cruces, New Mexico

)
)
)  Case No. 25-1385 MR
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attacthment A.

located in the _____ District of _____ New Mexico _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☐ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |
| b. 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |

The application is based on these facts:
See Attachment C.

☐ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Chafin Cox, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
~~telephone~~ *(specify reliable electronic means)*.

Date: Aug. 18, 2025

*Judge's signature*

City and state: Las Cruces, NM
Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Description of Location and Person to be Searched for

The premises to be searched is tan, duplex apartment with the number 3111 on the left side of the front door, front located at 1505 La Fonda Dr, Las Cruces, New Mexico ("NM"). (photographed below). The person to be searched for is Destiny Darlene Burnete (photographed below).

The search of the above the Subject Premises shall include the search of the entire residence, on the Subject Premises, and include all areas in or on which a person to be seized could be concealed.



## ATTACHMENT B

### Person to be seized

Destiny Darlene Burnette, DOB 7/17/2001, pursuant to an arrest warrant issued in the District of Utah, for violations of 18 U.S.C. § 2252(a)(5)(B) and (b)(2); 18 U.S.C. § 2252(a)(1) and (b)(1).



## ATTACHMENT C - AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Chafin Cox, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as 3111, 1505 La Fonda Dr, Las Cruces, New Mexico (NM) hereinafter "the Subject Premises," further described in Attachment A, for the Person described in Attachment B.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation and have been so since July 2018. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been involved in an ongoing investigation regarding the apprehension of Destiny Darlene Burnette, a federal fugitive wanted for violations of 18 U.S.C. § 2252(a)(5)(B) and (b)(2); 18 U.S.C. § 2252(a)(1) and (b)(1).

3. I make this affidavit based upon my own personal knowledge, which is substantially derived from my participation in the investigation, as well as that of fellow agents and officers who have participated in the investigation. In addition, I have developed information I believe to be reliable from additional sources including:

    a. Information provided by Special Agents ("SA") with the FBI, Homeland Security Investigations (HSI), and Intelligence Research

Specialists;

b. Results of physical surveillance conducted by agents/TFOs during the investigation;

c. Information provided by leasing management personnel;

d. A review of driver's license and automobile registration records;

e. Records from commercial databases; and

f. Records from the National Crime Information Center ("NCIC").

4. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## FEDERAL CHARGES RELEVANT TO THIS INVESTIGATION

5. I believe there is probable cause that the SUBJECT sought after to be seized has committed the following violations (Target Offenses):

    a. 18 U.S.C. § 2252A(a)(5)(B)– Possession of Child Pornography

    b. 18 U.S.C. § 2252A(a)(1)– Transportation of Child Pornography

## PROBABLE CAUSE

6. The following information is presented as probable cause to search the Subject Premises. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every known fact regarding the instant investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause to search the Subject Premises for the person of Destiny Darlene Burnette.

7. The FBI and HSI in the District of Utah have an active crimes against children investigation in which Agents have obtained a Grand Jury indictment and arrest warrant, in the District of Utah, for Destiny Darlene Burnette on August 12, 2025.

8. FBI/HSI Agents from the District of Utah contacted me in August 2025 and informed me that Burnette may be residing in Las Cruces, NM. After reviewing possible residences in which Burnette was associated, I called a leasing management office related to one of these addresses. Management personnel informed me that Destiny Burnette, DOB: July 17, 2001, was currently on the lease of 3111, 1505 La Fonda Dr., Las Cruces, NM. Burnette was on the lease with another individual named D'Von Trujillo.

9. I conducted physical surveillance at 3111, 1505 La Fonda Dr., Las Cruces, NM, and observed a black Dodge Charger with a New Mexico Plate. Database checks revealed that the Dodge Charger was registered (expired) to D'Von Trujillo. I also obtained a driver's license picture of Trujillo.

10. In August 2025, I reviewed a copy of a Postal Service address information request. The information request stated that a Destiny Burnette/Destiny Trujillo had received mail at 3111, 1505 La Fonda Dr., Las Cruces, NM.

11. While conducted physical surveillance on another occasion, within the last week, I observed D'Von Trujillo exit the front door of the Subject Premises and re-enter. On one occasion, Trujillo exited the front door and left the Subject Premises in the Black Dodge Charger. Trujillo did not lock the front door when he left. I also observed camping chairs and a stroller in the front of the residence. It is my understanding that Burnette currently has custody of two small children. Later that day,

I observed, Burnette open the front door of the Subject Premises and place a trash bag next to the front door and then return into the premises.

12. Based on the foregoing, I believe that there is probable cause to believe that federal fugitive Destiny Darlene Burnette as further described in Attachment B, will be found at the Subject Premises.

## CONCLUSION

13. I submit that this affidavit supports probable cause for a warrant to search the PREMISES described in Attachment A and seize Destiny Darlene Burnette as described in Attachment B.

Respectfully submitted,

Chafin Cox
Special Agent
Federal Bureau of Investigation

Electronically signed and telephonically sworn on August 18, 2025:

JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

4